GEORGE W. HOLT, *as Executor,* etc., *Respondent, v.* THE ERIE RAILWAY COMPANY and THE UNION STEAMBOAT COMPANY, *Appellants.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by SMITH, P. J.

ALEXANDER JONES, *Respondent, v.* MOSES L. OBERDORFER and another, *Appellants.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J.

NOBLE D. PRESTON, *Appellant, v.* RICHARD K. SANFORD and others, *Respondents.* — Judgment affirmed. Opinion by HAIGHT, J.

BENJAMIN F. LANGWORTHY, *Appellant, v.* PATRICK HARDEN and another, *Respondents.* — Motion for new trial denied and judgment ordered for defendants on the verdict. Opinion by SMITH, P. J.; HAIGHT, J., not sitting.

IN THE MATTER OF CHARLES G. TINSLEY, A STENOGRAPHER, ETC. — Order appealed from reversed. Opinion by HAIGHT, J.

THE SEVENTH WARD SAVINGS AND AID ASSOCIATION No. 2, *Respondent, v.* PETER WEISS and others, *Appellants.* — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

THE PEOPLE *ex rel.* TANNER, *Appellants, v.* THE BOARD OF SUPERVISORS OF ONEIDA COUNTY, *Respondent.* — In the matter of the stenographic minutes taken by the late stenographer of the Supreme Court, fifth judicial district, that have been damaged by fire and water. Orders appealed from affirmed, with ten dollars costs and disbursements. Opinion by HAIGHT, J.; Mem. by HARDIN, J.

HENRY WILCOX and another, *Respondents, v.* THE FIRST BAPTIST CHURCH IN LITTLE FALLS, *Appellant.* — Judgment affirmed. Opinion by HAIGHT, J.; HARDIN, J., not participating in the decision.

EDMUND W. FAIRMAN, *Appellant, v.* LOUIS P. BAKER, *Respondent.* — Order appealed from reversed, without costs. Opinion by HARDIN, J.

RUFUS M. WATSON, *Appellant, v.* GEORGE E. MOREHOUSE, *Respondent.* — Judgment of the County Court reversed and that of the justice affirmed. Opinion by HARDIN, J.

LOUISA BREDOW, *Respondent, v.* THE ERIE COUNTY MUTUAL INSURANCE COMPANY, *Appellant.* — Judgment reversed and new trial ordered in the County Court of Erie county, with costs to abide the event. Opinion by HAIGHT, J.

THE BANK OF OSWEGO, *Appellant, v.* WILLIAM H. DOYLE and another, *Respondents.* — Judgment affirmed. Opinion by SMITH, P. J.

GEORGE W. HOLT et al., *Respondents, v.* W. AUSTIN WADSWORTH et al., *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by SMITH, P. J.; HAIGHT, J., not sitting.